# EXHIBIT 1

| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF CHESTER |  | Civil Action Hearing Notice |
|---|---|---|

| Mag. Dist. No: | MDJ-15-3-01 |
|---|---|
| MDJ Name: | Honorable John A. Hipple |
| Address: | 1101 Ridge Road<br>Suite B<br>Pottstown, PA 19465 |
| Telephone: | 610-455-1120 |

Omotosho Dapo Dayo
v.
Old Navy

Old Navy
PO Box 965005
Orlando, FL 32896

Docket No: MJ-15301-CV-0000142-2021
Case Filed: 7/26/2021

Your Role: Defendant

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| Date: **Monday, August 30, 2021** | Place: Magisterial District Court 15-3-01, Pottstown<br>1101 Ridge Road<br>Suite B<br>Pottstown, PA 19465<br>610-455-1120 |
|---|---|
| Time: **8:45 AM** | |

## Notice To Defendant

**If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.**

**You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

---

MDJS 308
Printed: 07/26/2021 11:00:39AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
610-344-6170

| COMMONWEALTH OF PENNSYLVANIA | | CIVIL COMPLAINT |
|---|---|---|
| COUNTY OF CHESTER |  | |

| Mag. Dist. No: | MDJ-15-3-01 |
|---|---|
| MDJ Name: | Honorable John A. Hipple |
| Address: | 1101 Ridge Road Suite B Pottstown, PA 19465 |
| Telephone: | 610-455-1120 |

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 133-75 | 07/26/2021 |
| POSTAGE | $ 7-39 | 07/26/2021 |
| SERVICE COSTS | $ | / / |
| CONSTABLE ED. | $ | / / |
| TOTAL | $ 141-14 | 07/26/2021 |

PLAINTIFF: NAME and ADDRESS
OMOTOSHO DAPO DAYO
29 N. MAIN STREET, APT 3A
SPRINGCITY, PA, 19475

v.

DEFENDANT: NAME and ADDRESS
OLD NAVY
P.O BOX 965005, ORLANDO,
FLORIDA, 32896

Docket No: CV-142-2021
Case Filed: 07-26-2021

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $ 4,000 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

1) Defamation
2) Negligent Enablement of Identity fraud
3) Violations of the Fair Debt collection Practices Act (Including but not Limited to Section 807-8)
4) Violation of the Fair Credit Reporting Act (Including but not limited to sections 623-b)

I, OMOTOSHO DAPO DAYO verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

JUL 26 2021

(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308A-BL
Printed: 03/30/2021 10:51:42AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
610-344-6170



# COMMONWEALTH OF PENNSYLVANIA

## COUNTY OF CHESTER

NORTH COVENTRY
SOUTH COVENTRY
EAST COVENTRY
EAST VINCENT
WEST VINCENT
WARWICK
EAST NANTMEAL
SPRING CITY

**JOHN A. HIPPLE**

Magisterial District 15-3-01
1101 Ridge Road, Suite B
Pottstown, PA 19465

OFFICE:
TEL 610-455-1120
FAX 610-455-1108

## DEFENDANT INSTRUCTIONS- CIVIL ACTION

*PLEASE NOTE THAT THE HEARING DATE SET IS NOT A TRUE HEARING DATE. IT IS A DEFAULT DATE BY WHICH YOU HAVE TO RESPOND WITH YOUR INTENT TO DEFEND.*

1) If you intend to enter a defense to this complaint, you **MUST NOTIFY THIS COURT IMMEDIATELY IN WRITING.**

2) Failure to notify the court of your intent to defend and showing up at the default hearing may cause delays and your return to court at another date and time. The plaintiff must be notified by the court of your intent to defend.

3) If you fail to appear at the hearing, after giving notice to defend, the hearing will proceed without you and a default judgment will be entered against you.

4) If you are not contesting this complaint and wish to arrange for payment, you need to contact the plaintiff directly. **PAYMENTS ARE TO BE MADE DIRECTLY TO THE PLAINTIFF.**

5) If you settle your claim before the hearing, the plaintiff must notify the court in writing.

6) You should gather all documents and papers relating to the suit. When you appear for your hearing, bring everything necessary to establish your claim; books, paper, repair bills or other exhibits. You must bring sufficient evidence to prove your claim, both as to liability and damages.

7) It is important that you arrive on time for your scheduled hearing. Lateness could result in judgment being entered against you.

8) Judgment notices will be sent by mail within five days of the hearing date.

9) If a judgment is entered against you, you have 30 days to arrange payment or file an appeal. Appeals are filed at the Prothonotary's Office; Court of Common Pleas, County of Chester Courthouse, 201 W. Market St, Ste.1425 West Chester, PA 19380. Questions regarding an appeal should be directed to the Prothonotary at (610) 344-6300.

**INTENT TO DEFEND** You must contact the court **in writing** if you intend to enter a defense to this complaint. You may fax us at (610)455-1108 or email us at districtcourt15301@chesco.org.

Docket Number: CV-142-2021

I WILL ATTEND THE HEARING TO OFFER A DEFENSE.

_____     _____
Signature                    Date

Phone: _____

(Page 7 of 7)
08/01/2021 130932 106 Corro Multi SDennis-Reed

District Court 15-3-01
1101 Ridge Road, Suite B
Pottstown PA 19465-8612



9214 8969 0099 9790 1139 2186 53



Hasler
07/26/2021
US POSTAGE   $05.86⁰

ZIP 19465
011D11649246

Old Navy
PO Box 965005
Orlando, FL 32896

32896-500505